233 E. Roosevelt Road
Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---|---|---|---|
| INCOME | | | | |
| BASE RENT | $ 9,000 | 100 | $ 81,000 | 100 |
| TOTAL RENTAL INCOME | 9,000 | 100 | 81,000 | 100 |
| PASS THROUGH INCOME | | | | |
| OTHER INCOME | | | | |
| TOTAL INCOME | 9,000 | 100 | 81,000 | 100 |
| EXPENSES | | | | |
| UTILITY EXPENSE | | | | |
| CLEANING EXPENSE | | | | |
| REPAIRS & MAINTENANCE | | | | |
| HVAC EXPENSES | | | | |
| PLUMBING EXPENSES | | | | |
| ELECTRICAL EXPENSES | | | | |
| REPAIR/MAINTENANCE EXP. | | | | |
| SECURITY/FIRE PROTECTION | | | | |
| ROADS & GROUNDS EXPENSES | | | | |
| INSURANCE EXPENSE | | | | |
| INSURANCE - BUILDING | 930 | 10 | 8,288 | 10 |
| INSURANCE - OTHER | 0 | 0 | 400 | 0 |
| TOTAL INSURANCE EXPENSE | 930 | 10 | 8,688 | 11 |
| ADMINISTRATIVE EXPENSES | | | | |
| POSTAGE SUPPLIES/SERVICE | 25 | 0 | 150 | 0 |
| TRUST FEES | 0 | 0 | 300 | 0 |
| TOTAL ADMINISTRATIVE EXP | 25 | 0 | 450 | 1 |
| PROFESSIONAL & PAYROLL | | | | |
| MANAGEMENT FEES | 1,500 | 17 | 13,500 | 17 |
| TOTAL PAYROLL & PROFESS. | 1,500 | 17 | 13,500 | 17 |
| ADVERTISING & PROMOTION | | | | |

Prepared by Chicagoland Commercial
Real Estate Management

233 E. Roosevelt Road

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| REAL ESTATE TAXES | | | | |
| TOTAL OPERATING EXPENSES | 2,455 | 27 | 22,638 | 28 |
| NET OPERATING INCOME | 6,545 | 73 | 58,362 | 72 |
| NON-OPERATING EXPENSES | | | | |
| RECEIVERSHIP FEES | 4,938 | 55 | 15,063 | 19 |
| TOTAL NON OPERATING EXP. | 4,938 | 55 | 15,063 | 19 |
| NET PROFIT / LOSS | 1,607 | 18 | 43,299 | 53 |

Prepared by Chicagoland Commercial
Real Estate Management

```
                      233 E. Roosevelt Road
                          Balance Sheet
                 For the Period Ended September 30, 2012


                                    ASSETS
233 E. ROOSEVELT CASH       $        52,117
                                ===============
                                ---------------
TOTAL ASSETS                                                            52,117
                                  LIABILITIES
CURRENT EARNINGS                    (43,299)
RETAINED EARNINGS                    (8,818)
                                ---------------
TOT LIABILITIES & CAPITAL                                              (52,117)
                                ===============
```

Prepared by Chicagoland Commercial
Real Estate Management

10/5/2012  
User: BRYAN

Chicagoland Commercial RE Mgt., LLC.

9:07:02AM  
Page 1 of 3

## Monthly General Ledger

Property/Company : 233  
233 E. Roosevelt Road  
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1000-0000 | 233 E. ROOSEVELT CASH | | | | | 50,509.00 |
| 09/06/12 | insurance payment | GJ | ach | | 929.82 | |
| 09/30/12 | AP Summary Posting | AP | 233 | | 6,462.50 | |
| 09/30/12 | Summary Posting | SK | 233 | 9,000.00 | | |
| | Total | | | 9,000.00 | 7,392.32 | 52,116.68 |
| 1010-0000 | ACCOUNTS RECEIVABLE | | | | | 0.00 |
| 09/30/12 | Summary Posting | SK | 233 | 9,000.00 | | |
| 09/30/12 | Summary Posting | SK | 233 | | 9,000.00 | |
| | Total | | | 9,000.00 | 9,000.00 | 0.00 |
| 2050-0000 | ACCOUNTS PAYABLE | | | | | 0.00 |
| 09/30/12 | AP Summary Posting | AP | 233 | | 6,462.50 | |
| 09/30/12 | AP Summary Posting | AP | 233 | 6,462.50 | | |
| | Total | | | 6,462.50 | 6,462.50 | 0.00 |
| 2175-0000 | RETAINED EARNINGS | | | | | (8,817.58) |
| | Total | | | 0.00 | 0.00 | (8,817.58) |
| 5110-0000 | BASE RENT | | | | | (72,000.00) |
| 09/30/12 | Summary Posting | SK | 233 | | 9,000.00 | |
| | Total | | | 0.00 | 9,000.00 | (81,000.00) |
| 7910-0000 | INSURANCE - BUILDING | | | | | 7,358.58 |
| 09/06/12 | insurance payment | GJ | ach | 929.82 | | |
| | Total | | | 929.82 | 0.00 | 8,288.40 |
| 7960-0000 | INSURANCE - OTHER | | | | | 400.00 |
| | Total | | | 0.00 | 0.00 | 400.00 |
| 8120-0000 | POSTAGE SUPPLIES/SERVICE | | | | | 125.00 |
| 09/04/12 | Chicagoland Commercial Real Estate Management | AP | 00042 | 25.00 | | |
| | Total | | | 25.00 | 0.00 | 150.00 |
| 8155-0000 | TRUST FEES | | | | | 300.00 |
| | Total | | | 0.00 | 0.00 | 300.00 |
| 8225-0000 | MANAGEMENT FEES | | | | | 12,000.00 |
| 09/12/12 | Chicagoland Commercial Real Estate Management | AP | 00044 | 1,500.00 | | |
| | Total | | | 1,500.00 | 0.00 | 13,500.00 |

10/5/2012  
User: BRYAN

**Chicagoland Commercial RE Mgt., LLC.**

## Monthly General Ledger

9:07:02AM  
Page 2 of 3

Property/Company : 233  
233 E. Roosevelt Road  
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| 9040-0000 | RECEIVERSHIP FEES | | | | | 10,125.00 |
| 09/10/12 | Chicagoland Commercial Real Estate Management | AP | 00043 | 1,250.00 | | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00045 | 3,687.50 | | |
| | **Total** | | | 4,937.50 | 0.00 | 15,062.50 |

10/5/2012
User: BRYAN

**Chicagoland Commercial RE Mgt., LLC.**

## Monthly General Ledger

9:07:02 AM
Page 3 of 3

Property/Company : 233
233 E. Roosevelt Road
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | **Transaction Totals** | | | | | |
| | Total Debits | | | 31,854.82 | | |
| | Total Credits | | | 31,854.82 | | |
| | Difference | | | 0.00 | | |
| | Total Assets | | | 1,607.68 | | |
| | Total Liabilities | | | 0.00 | | |
| | Total Equity | | | 0.00 | | |
| | Total Income | | | 9,000.00 | | |
| | Total Expense | | | 7,392.32 | | |
| | **Ledger Totals** | | | | | |
| | Beginning Debits | | | 80,817.58 | | |
| | Beginning Credits | | | 80,817.58 | | |
| | Difference | | | 0.00 | | |
| | Ending Debits | | | 89,817.58 | | |
| | Ending Credits | | | 89,817.58 | | |
| | Difference | | | 0.00 | | |

| 10/3/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | | 10:02:59AM |
|---|---|---|---|---|---|---|
| User: MANAGER | | | | | | Page 1 of 1 |

**Detailed Rent Roll**

9/1/2012 to 9/30/2012
Property: 233 E. Roosevelt Road
Lombard, IL 60148

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 233-1 | Viceroy of India | 0.00 | 0.00 | 0.00 | | |
| | 233 E. Roosevelt Road | | | | 9,000.00 | Monthly Rent |
| | | | | | (8,070.18) | Pymt. Batch 340 Check 51522 |
| | | | | | (929.82) | Pymt. Batch 334 Check CASH |

**PROPERTY TOTALS :**

| RNT | Monthly Rent | 9,000.00 |
|---|---|---|
| | Total Current Charges | 9,000.00 |
| | Previous Balance | 0.00 |
| | Cash Received | (9,000.00) |
| | Checks Removed | 0.00 |
| | Deposits Forfeited | 0.00 |
| | NSF Checks | 0.00 |
| | Deposits Decreased | 0.00 |
| | Open Credits Refunded | 0.00 |
| | Accounts Receivable Balance | 0.00 |
| | Security Deposits Held | 0.00 |

10/3/2012  
User: MANAGER

**Chicagoland Commercial RE Mgt., LLC.**

10:00:57AM  
Page 1 of 1

## AP Check Register

Chicagoland Commercial Real Estate Management  
Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000164 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00042 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00043 | 2079 | 09/10/2012 | 1,250.00 | 0.00 | 1,250.00 | |
| | | | | 00044 | 2071 | 09/12/2012 | 1,500.00 | 0.00 | 1,500.00 | |
| | | | Total for Check Number 000164 | | | | 2,775.00 | 0.00 | 2,775.00 | 2,775.00 |
| 000171 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00045 | 2107 | 09/25/2012 | 3,687.50 | 0.00 | 3,687.50 | 3,687.50 |
| **Cash Account 1 Totals** | | | | | | | 6,462.50 | 0.00 | 6,462.50 | 6,462.50 |
| **Property/Company Totals for** | | | Chicagoland Commercial Real Estate Management | | | | 6,462.50 | 0.00 | 6,462.50 | 6,462.50 |