2514 W. Devon

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---|---|---|---|
|  | INCOME | | | |
| BASE RENT | $ 2,550 | 100 | $ 23,850 | 100 |
| TOTAL RENTAL INCOME | 2,550 | 100 | 23,850 | 100 |
| PASS THROUGH INCOME | | | | |
| OTHER INCOME | | | | |
| TOTAL INCOME | 2,550 | 100 | 23,850 | 100 |
| EXPENSES | | | | |
| UTILITY EXPENSE | | | | |
| ELECTRICITY | 135 | 5 | 316 | 1 |
| GAS | 54 | 2 | 415 | 2 |
| WATER & SEWER | 0 | 0 | 244 | 1 |
| TOTAL UTILITY EXPENSE | 189 | 7 | 975 | 4 |
| CLEANING EXPENSE | | | | |
| MISCELLANEOUS CLEANING | 0 | 0 | 341 | 1 |
| TOTAL CLEANING EXPENSE | 0 | 0 | 341 | 1 |
| REPAIRS & MAINTENANCE | | | | |
| HVAC EXPENSES | | | | |
| HVAC REPAIRS | 0 | 0 | 250 | 1 |
| TOTAL HVAC EXPENSES | 0 | 0 | 250 | 1 |
| PLUMBING EXPENSES | | | | |
| ELECTRICAL EXPENSES | | | | |
| REPAIR/MAINTENANCE EXP. | | | | |
| RUBBISH REMOVAL | 300 | 12 | 300 | 1 |
| GENERAL REPAIR & MAINT. | 0 | 0 | 221 | 1 |
| TOTAL R & M EXPENSE | 300 | 12 | 521 | 2 |
| SECURITY/FIRE PROTECTION | | | | |
| FIRE PROTECTION | 0 | 0 | 740 | 3 |
| TOTAL SEC./FIRE PROTEC. | 0 | 0 | 740 | 3 |
| ROADS & GROUNDS EXPENSES | | | | |
| INSURANCE EXPENSE | | | | |
| INSURANCE - OTHER | 0 | 0 | 450 | 2 |

Prepared by Chicagoland Commercial
Real Estate Management

2514 W. Devon

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| TOTAL INSURANCE EXPENSE | $ 0 | 0 | $ 450 | 2 |
| ADMINISTRATIVE EXPENSES | | | | |
| POSTAGE SUPPLIES/SERVICE | 25 | 1 | 150 | 1 |
| LICENSES & FEES | 0 | 0 | 250 | 1 |
| TOTAL ADMINISTRATIVE EXP | 25 | 1 | 400 | 2 |
| PROFESSIONAL & PAYROLL | | | | |
| MANAGEMENT FEES | 1,000 | 39 | 9,000 | 38 |
| TOTAL PAYROLL & PROFESS. | 1,000 | 39 | 9,000 | 38 |
| ADVERTISING & PROMOTION | | | | |
| REAL ESTATE TAXES | | | | |
| REAL ESTATE TAX EXPENSE | 0 | 0 | 3,564 | 15 |
| TOTAL R.E. TAXES | 0 | 0 | 3,564 | 15 |
| TOTAL OPERATING EXPENSES | 1,514 | 59 | 16,241 | 68 |
| NET OPERATING INCOME | 1,036 | 41 | 7,609 | 32 |
| NON-OPERATING EXPENSES | | | | |
| RECEIVERSHIP FEES | 5,188 | 203 | 11,063 | 46 |
| TOTAL NON OPERATING EXP. | 5,188 | 203 | 11,063 | 46 |
| NET PROFIT / LOSS | (4,152) | (163) | (3,454) | (14) |

Prepared by Chicagoland Commercial
Real Estate Management

2514 W. Devon

Balance Sheet
For the Period Ended September 30, 2012

```
                                ASSETS
2514 DEVON CASH           $       (6,767)
                          ===============
                          ---------------
TOTAL ASSETS                                                    (6,767)
                             LIABILITIES
TENANT SECURITY DEPOSITS         (3,000)
CURRENT EARNINGS                  3,454
RETAINED EARNINGS                 6,313
                          ---------------
TOT LIABILITIES & CAPITAL                                         6,767
                          ===============
```

Prepared by Chicagoland Commercial
Real Estate Management

| 10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | | 9:04:24AM |
| --- | --- | --- | --- | --- | --- | --- |
| User: BRYAN | | **Monthly General Ledger** | | | | Page 1 of 3 |

Property/Company : 2514

2514 W. Devon

Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 1000-0000 | 2514 DEVON CASH | | | | | (2,614.84) |
| 09/06/12 | check run | GJ | ap | | 489.19 | |
| 09/30/12 | AP Summary Posting | AP | 2514 | | 6,212.50 | |
| 09/30/12 | Summary Posting | SK | 2514 | 2,550.00 | | |
| | Total | | | 2,550.00 | 6,701.69 | (6,766.53) |
| 2050-0000 | ACCOUNTS PAYABLE | | | | | 0.00 |
| 09/30/12 | AP Summary Posting | AP | 2514 | | 6,212.50 | |
| 09/30/12 | AP Summary Posting | AP | 2514 | 6,212.50 | | |
| | Total | | | 6,212.50 | 6,212.50 | 0.00 |
| 2100-0000 | TENANT SECURITY DEPOSITS | | | | | (3,000.00) |
| | Total | | | 0.00 | 0.00 | (3,000.00) |
| 2175-0000 | RETAINED EARNINGS | | | | | 6,313.29 |
| | Total | | | 0.00 | 0.00 | 6,313.29 |
| 5110-0000 | BASE RENT | | | | | (21,300.00) |
| 09/30/12 | Summary Posting | SK | 2514 | | 2,550.00 | |
| | Total | | | 0.00 | 2,550.00 | (23,850.00) |
| 7110-0000 | ELECTRICITY | | | | | 180.95 |
| 09/06/12 | check run | GJ | ap | 134.95 | | |
| | Total | | | 134.95 | 0.00 | 315.90 |
| 7120-0000 | GAS | | | | | 360.99 |
| 09/06/12 | check run | GJ | ap | 54.24 | | |
| | Total | | | 54.24 | 0.00 | 415.23 |
| 7130-0000 | WATER & SEWER | | | | | 243.87 |
| | Total | | | 0.00 | 0.00 | 243.87 |
| 7240-0000 | MISCELLANEOUS CLEANING | | | | | 340.85 |
| | Total | | | 0.00 | 0.00 | 340.85 |
| 7330-0000 | HVAC REPAIRS | | | | | 250.00 |
| | Total | | | 0.00 | 0.00 | 250.00 |
| 7625-0000 | RUBBISH REMOVAL | | | | | 0.00 |
| 09/06/12 | check run | GJ | ap | 300.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | | 9:04:24AM
User: BRYAN | | **Monthly General Ledger** | | | | Page 2 of 3

Property/Company : 2514
2514 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | Total | | | 300.00 | 0.00 | 300.00 |
| 7640-0000 | GENERAL REPAIR & MAINT. | | | | | 220.50 |
| | Total | | | 0.00 | 0.00 | 220.50 |
| 7720-0000 | FIRE PROTECTION | | | | | 740.00 |
| | Total | | | 0.00 | 0.00 | 740.00 |
| 7960-0000 | INSURANCE - OTHER | | | | | 450.00 |
| | Total | | | 0.00 | 0.00 | 450.00 |
| 8120-0000 | POSTAGE SUPPLIES/SERVICE | | | | | 125.00 |
| 09/04/12 | Chicagoland Commercial Real Estate Management | AP | 00047 | 25.00 | | |
| | Total | | | 25.00 | 0.00 | 150.00 |
| 8165-0000 | LICENSES & FEES | | | | | 250.00 |
| | Total | | | 0.00 | 0.00 | 250.00 |
| 8225-0000 | MANAGEMENT FEES | | | | | 8,000.00 |
| 09/12/12 | Chicagoland Commercial Real Estate Management | AP | 00049 | 1,000.00 | | |
| | Total | | | 1,000.00 | 0.00 | 9,000.00 |
| 8510-0000 | REAL ESTATE TAX EXPENSE | | | | | 3,564.39 |
| | Total | | | 0.00 | 0.00 | 3,564.39 |
| 9040-0000 | RECEIVERSHIP FEES | | | | | 5,875.00 |
| 09/10/12 | Chicagoland Commercial Real Estate Management | AP | 00048 | 312.50 | | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00050 | 4,875.00 | | |
| | Total | | | 5,187.50 | 0.00 | 11,062.50 |

| | | |
|---|---|---|
| 10/5/2012 | Chicagoland Commercial RE Mgt., LLC. | 9:04:24AM |
| User: BRYAN | **Monthly General Ledger** | Page 3 of 3 |

Property/Company : 2514
2514 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | **Transaction Totals** | | | | | |
| | Total Debits | | | 15,464.19 | | |
| | Total Credits | | | 15,464.19 | | |
| | Difference | | | 0.00 | | |
| | Total Assets | | | -4,151.69 | | |
| | Total Liabilities | | | 0.00 | | |
| | Total Equity | | | 0.00 | | |
| | Total Income | | | 2,550.00 | | |
| | Total Expense | | | 6,701.69 | | |
| | **Ledger Totals** | | | | | |
| | Beginning Debits | | | 26,914.84 | | |
| | Beginning Credits | | | 26,914.84 | | |
| | Difference | | | 0.00 | | |
| | Ending Debits | | | 33,616.53 | | |
| | Ending Credits | | | 33,616.53 | | |
| | Difference | | | 0.00 | | |

10/3/2012     Chicagoland Commercial RE Mgt., LLC.     10:06:23AM
User: MANAGER     Page 1 of 1

### Detailed Rent Roll

9/1/2012 to 9/30/2012
Property: 2514 W. Devon
Chicago, IL 60659

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 2514-1 F FORMER | Bombay Electronics 2514 W. Devon First Floor | 0.00 | 35,049.00 | 35,049.00 | 0.00 | |
| 2514-1 | Seasons Distributors 2514 W. Devon First Floor | 3,000.00 | 9,990.00 | 11,340.00 | 3,000.00 (1,650.00) | Monthly Rent Pymt. Batch 372 Check 1056 |
| 2514-2 | Surinder Kumar Jain 2514 W. Devon Second Floor | 0.00 | 0.00 | 0.00 | 900.00 (410.81) (489.19) | Month to Month Rent Pymt. Batch 340 Check 2116 Pymt. Batch 335 Check CASH |

**PROPERTY TOTALS :**

| | | |
|---|---|---|
| RNT | Monthly Rent | 3,900.00 |
| | Total Current Charges | 3,900.00 |
| | Previous Balance | 45,039.00 |
| | Cash Received | (2,550.00) |
| | Checks Removed | 0.00 |
| | Deposits Forfeited | 0.00 |
| | NSF Checks | 0.00 |
| | Deposits Decreased | 0.00 |
| | Open Credits Refunded | 0.00 |
| | Accounts Receivable Balance | 46,389.00 |
| | Security Deposits Held | 3,000.00 |

10/3/2012          Chicagoland Commercial RE Mgt., LLC.          10:05:02AM
User: MANAGER                                                                Page 1 of 1

## AP Check Register

Chicagoland Commercial Real Estate Management

Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000165 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00047 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00048 | 2082 | 09/10/2012 | 312.50 | 0.00 | 312.50 | |
| | | | | 00049 | 2068 | 09/12/2012 | 1,000.00 | 0.00 | 1,000.00 | |
| | | | | Total for Check Number 000165 | | | 1,337.50 | 0.00 | 1,337.50 | 1,337.50 |
| 000172 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00050 | 2109 | 09/25/2012 | 4,875.00 | 0.00 | 4,875.00 | 4,875.00 |
| **Cash Account 1 Totals** | | | | | | | 6,212.50 | 0.00 | 6,212.50 | 6,212.50 |
| **Property/Company Totals for** | | | Chicagoland Commercial Real Estate Management | | | | 6,212.50 | 0.00 | 6,212.50 | 6,212.50 |