## Statement of Operations
### For the Period Ended September 30, 2012

| | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---|---|---|---|
| | INCOME | | | |
| BASE RENT | $    15,933 | 100 | $    129,444 | 99 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL RENTAL INCOME | 15,933 | 100 | 129,444 | 99 |
| PASS THROUGH INCOME | | | | |
| REAL ESTATE TAX INCOME | 0 | 0 | 1,924 | 1 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL PASS THRU INCOME | 0 | 0 | 1,924 | 1 |
| OTHER INCOME | | | | |
| | -------------- | ------- | -------------- | ------- |
| | -------------- | ------- | -------------- | ------- |
| TOTAL INCOME | 15,933 | 100 | 131,368 | 100 |
| | ============== | ======= | ============== | ======= |
| | EXPENSES | | | |
| | UTILITY EXPENSE | | | |
| WATER & SEWER | 0 | 0 | 8,101 | 6 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL UTILITY EXPENSE | 0 | 0 | 8,101 | 6 |
| | CLEANING EXPENSE | | | |
| MISCELLANEOUS CLEANING | 0 | 0 | 259 | 0 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL CLEANING EXPENSE | 0 | 0 | 259 | 0 |
| | REPAIRS & MAINTENANCE | | | |
| | HVAC EXPENSES | | | |
| | -------------- | ------- | -------------- | ------- |
| | PLUMBING EXPENSES | | | |
| PLUMBING REPAIRS | 2,539 | 16 | 3,364 | 3 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL PLUMBING EXPENSES | 2,539 | 16 | 3,364 | 3 |
| | ELECTRICAL EXPENSES | | | |
| | -------------- | ------- | -------------- | ------- |
| | REPAIR/MAINTENANCE EXP. | | | |
| GENERAL REPAIR & MAINT. | 0 | 0 | 196 | 0 |
| DOOR & WINDOW REPAIR | 715 | 4 | 715 | 1 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL R & M EXPENSE | 715 | 4 | 911 | 1 |
| | -------------- | ------- | -------------- | ------- |
| | SECURITY/FIRE PROTECTION | | | |
| | -------------- | ------- | -------------- | ------- |
| | ROADS & GROUNDS EXPENSES | | | |
| | -------------- | ------- | -------------- | ------- |
| | -------------- | ------- | -------------- | ------- |
| | INSURANCE EXPENSE | | | |
| INSURANCE - BUILDING | 0 | 0 | 1,634 | 1 |
| INSURANCE - OTHER | 0 | 0 | 2,000 | 2 |
| | -------------- | ------- | -------------- | ------- |
| TOTAL INSURANCE EXPENSE | 0 | 0 | 3,634 | 3 |

Prepared by Chicagoland Commercial
Real Estate Management

## Statement of Operations
### For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| **ADMINISTRATIVE EXPENSES** | | | | |
| POSTAGE SUPPLIES/SERVICE | 25 | 0 | 200 | 0 |
| LICENSES & FEES | 0 | 0 | 500 | 0 |
| TOTAL ADMINISTRATIVE EXP | 25 | 0 | 700 | 1 |
| **PROFESSIONAL & PAYROLL** | | | | |
| MANAGEMENT FEES | 1,750 | 11 | 15,750 | 12 |
| LEGAL FEES | 0 | 0 | 3,550 | 3 |
| OTHER PROFESSIONAL FEES | 0 | 0 | 508 | 0 |
| TOTAL PAYROLL & PROFESS. | 1,750 | 11 | 19,808 | 15 |
| **ADVERTISING & PROMOTION** | | | | |
| **REAL ESTATE TAXES** | | | | |
| REAL ESTATE TAX EXPENSE | 0 | 0 | 94,890 | 72 |
| TOTAL R.E. TAXES | 0 | 0 | 94,890 | 72 |
| TOTAL OPERATING EXPENSES | 5,029 | 32 | 131,667 | 100 |
| NET OPERATING INCOME | 10,904 | 68 | (299) | (0) |
| **NON-OPERATING EXPENSES** | | | | |
| RECEIVERSHIP FEES | 5,625 | 35 | 20,000 | 15 |
| TOTAL NON OPERATING EXP. | 5,625 | 35 | 20,000 | 15 |
| NET PROFIT / LOSS | 5,279 | 33 | (20,299) | (15) |

Prepared by Chicagoland Commercial
Real Estate Management

2516-24 W. DEVON

Balance Sheet
For the Period Ended September 30, 2012


                              ASSETS
2516 - 24 DEVON CASH        $      47,669
                            ===============
                            --------------

TOTAL ASSETS                                              47,669
                              LIABILITIES
CURRENT EARNINGS                  20,298
RETAINED EARNINGS                (67,967)
                            --------------

TOT LIABILITIES & CAPITAL                               (47,669)
                            ===============


Prepared by Chicagoland Commercial
Real Estate Management

Chicagoland Commercial RE Mgt., LLC.

## Monthly General Ledger

Property/Company : 2516
2516-24 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **1000-0000** | **2516 - 24 DEVON CASH** | | | | | 42,389.47 |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00063 | | 25.00 | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00065 | | 1,750.00 | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00064 | | 1,625.00 | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00066 | | 138.54 | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00071 | | 2,400.00 | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00068 | | 715.21 | |
| | 09/25/12 Chicagoland Commercial Real Estate Management | AP | 00067 | | 4,000.00 | |
| | 09/30/12 Summary Posting | SK | 2516 | 15,933.00 | | |
| | **Total** | | | 15,933.00 | 10,653.75 | 47,668.72 |
| **2050-0000** | **ACCOUNTS PAYABLE** | | | | | 0.00 |
| | 09/04/12 Chicagoland Commercial Real Estate Management | AP | 00063 | | 25.00 | |
| | 09/10/12 Chicagoland Commercial Real Estate Management | AP | 00064 | | 1,625.00 | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00063 | 25.00 | | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00065 | | 1,750.00 | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00065 | 1,750.00 | | |
| | 09/13/12 Chicagoland Commercial Real Estate Management | AP | 00064 | 1,625.00 | | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00066 | 138.54 | | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00071 | | 2,400.00 | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00071 | 2,400.00 | | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00068 | | 715.21 | |
| | 09/25/12 Routine Maintenance, Inc. | AP | 00068 | 715.21 | | |
| | 09/25/12 Chicagoland Commercial Real Estate Management | AP | 00067 | | 4,000.00 | |
| | 09/25/12 Chicagoland Commercial Real Estate Management | AP | 00067 | 4,000.00 | | |
| | 09/26/12 Routine Maintenance, Inc. | AP | 00066 | | 138.54 | |
| | **Total** | | | 10,653.75 | 10,653.75 | 0.00 |
| **2175-0000** | **RETAINED EARNINGS** | | | | | (67,967.13) |
| | **Total** | | | 0.00 | 0.00 | (67,967.13) |
| **5110-0000** | **BASE RENT** | | | | | (113,511.00) |
| | 09/30/12 Summary Posting | SK | 2516 | | 15,933.00 | |
| | **Total** | | | 0.00 | 15,933.00 | (129,444.00) |
| **5230-0000** | **REAL ESTATE TAX INCOME** | | | | | (1,924.00) |
| | **Total** | | | 0.00 | 0.00 | (1,924.00) |
| **7130-0000** | **WATER & SEWER** | | | | | 8,101.41 |
| | **Total** | | | 0.00 | 0.00 | 8,101.41 |
| **7240-0000** | **MISCELLANEOUS CLEANING** | | | | | 258.56 |
| | **Total** | | | 0.00 | 0.00 | 258.56 |

Chicagoland Commercial RE Mgt., LLC.

10/5/2012
User: BRYAN

9:08:32AM
Page 2 of 4

## Monthly General Ledger

Property/Company : 2516
2516-24 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 7420-0000 | PLUMBING REPAIRS | | | | | 825.00 |
| 09/30/12 | AP Summary Posting | AP | 2516 | 2,538.54 | | |
| | Total | | | 2,538.54 | 0.00 | 3,363.54 |
| 7640-0000 | GENERAL REPAIR & MAINT. | | | | | 196.00 |
| | Total | | | 0.00 | 0.00 | 196.00 |
| 7660-0000 | DOOR & WINDOW REPAIR | | | | | 0.00 |
| 09/30/12 | AP Summary Posting | AP | 2516 | 715.21 | | |
| | Total | | | 715.21 | 0.00 | 715.21 |
| 7910-0000 | INSURANCE - BUILDING | | | | | 1,634.38 |
| | Total | | | 0.00 | 0.00 | 1,634.38 |
| 7960-0000 | INSURANCE - OTHER | | | | | 2,000.00 |
| | Total | | | 0.00 | 0.00 | 2,000.00 |
| 8120-0000 | POSTAGE SUPPLIES/SERVICE | | | | | 175.00 |
| 09/30/12 | AP Summary Posting | AP | 2516 | 25.00 | | |
| | Total | | | 25.00 | 0.00 | 200.00 |
| 8165-0000 | LICENSES & FEES | | | | | 500.00 |
| | Total | | | 0.00 | 0.00 | 500.00 |
| 8225-0000 | MANAGEMENT FEES | | | | | 14,000.00 |
| 09/30/12 | AP Summary Posting | AP | 2516 | 1,750.00 | | |
| | Total | | | 1,750.00 | 0.00 | 15,750.00 |
| 8310-0000 | LEGAL FEES | | | | | 3,550.00 |
| | Total | | | 0.00 | 0.00 | 3,550.00 |
| 8330-0000 | OTHER PROFESSIONAL FEES | | | | | 507.59 |
| | Total | | | 0.00 | 0.00 | 507.59 |
| 8510-0000 | REAL ESTATE TAX EXPENSE | | | | | 94,889.72 |
| | Total | | | 0.00 | 0.00 | 94,889.72 |
| 9040-0000 | RECEIVERSHIP FEES | | | | | 14,375.00 |
| 09/30/12 | AP Summary Posting | AP | 2516 | 5,625.00 | | |

10/5/2012
User:   BRYAN

Chicagoland Commercial RE Mgt., LLC.

## Monthly General Ledger

Property/Company : 2516
2516-24 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | Total | | | 5,625.00 | 0.00 | 20,000.00 |

Chicagoland Commercial RE Mgt., LLC.

10/5/2012
User:   BRYAN

9:08:32AM
Page 4 of 4

## Monthly General Ledger

Property/Company : 2516
2516-24 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | **Transaction Totals** | | | | | |
| | Total Debits | | | 37,240.50 | | |
| | Total Credits | | | 37,240.50 | | |
| | Difference | | | 0.00 | | |
| | | | | | | |
| | Total Assets | | | 5,279.25 | | |
| | Total Liabilities | | | 0.00 | | |
| | Total Equity | | | 0.00 | | |
| | Total Income | | | 15,933.00 | | |
| | Total Expense | | | 10,653.75 | | |
| | **Ledger Totals** | | | | | |
| | Beginning Debits | | | 183,402.13 | | |
| | Beginning Credits | | | 183,402.13 | | |
| | Difference | | | 0.00 | | |
| | | | | | | |
| | Ending Debits | | | 199,335.13 | | |
| | Ending Credits | | | 199,335.13 | | |
| | Difference | | | 0.00 | | |

10/3/2012
User:   MANAGER

## Chicagoland Commercial RE Mgt., LLC.

10:11:53AM
Page 1 of 1

### Detailed Rent Roll

9/1/2012 to 9/30/2012
Property: 2516 Devon
Chicago, IL 60659

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 2516-1 | MD Captial Three, LLC | 0.00 | 0.00 | 0.00 | | |
| | 2520 W. Devon Avenue | | | | 1,450.00 | Rooftop Rental |
| | Rooftop Antenna | | | | (1,450.00) | Pymt. Batch 357 Check 1542 |
| 2516-2 | Little Angels, Inc. | 0.00 | 2,098.00 | 1,000.00 | | |
| | 6407 N. Maplewood | | | | 4,585.00 | Monthly Rent |
| | | | | | (5,683.00) | Pymt. Batch 455 Check 17400 |
| 2516-3 | 1st Bank Card Services, Inc. | 0.00 | 36,555.85 | 37,955.85 | | |
| | 2524 W. Devon | | | | 2,900.00 | Monthly Rent |
| | | | | | (1,500.00) | Pymt. Batch 437 Check 1381 |
| 2516-4 | Himalayan Grocers | 0.00 | 33,200.00 | 34,600.00 | | |
| | 2522 W. Devon | | | | 2,400.00 | Monthly Rent |
| | | | | | (1,000.00) | Pymt. Batch 357 Check 270 |
| 2516-5 | Viceroy of India | 0.00 | 0.00 | 0.00 | | |
| | 2516-20 W. Devon | | | | 6,300.00 | Monthly Rent |
| | | | | | (6,300.00) | Pymt. Batch 340 Check 51563 |

## PROPERTY TOTALS :

| | | |
|---|---|---|
| RNT | Monthly Rent | 17,635.00 |
| | Total Current Charges | 17,635.00 |
| | Previous Balance | 71,853.85 |
| | Cash Received | (15,933.00) |
| | Checks Removed | 0.00 |
| | Deposits Forfeited | 0.00 |
| | NSF Checks | 0.00 |
| | Deposits Decreased | 0.00 |
| | Open Credits Refunded | 0.00 |
| | Accounts Receivable Balance | 73,555.85 |
| | Security Deposits Held | 0.00 |

10/3/2012
User: MANAGER

**Chicagoland Commercial RE Mgt., LLC.**

10:09:28AM
Page 1 of 1

## AP Check Register

Chicagoland Commercial Real Estate Management
Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000166 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00063 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00064 | 2081 | 09/10/2012 | 1,625.00 | 0.00 | 1,625.00 | |
| | | | | 00065 | 2069 | 09/13/2012 | 1,750.00 | 0.00 | 1,750.00 | |
| | | | | | Total for Check Number 000166 | | 3,400.00 | 0.00 | 3,400.00 | 3,400.00 |
| 000173 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00067 | 2108 | 09/25/2012 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 |
| 000174 | 09/25/2012 | ROUTI | Routine Maintenance, Inc. | 00066 | 1071 | 09/25/2012 | 138.54 | 0.00 | 138.54 | |
| | | | | 00068 | 1106 | 09/25/2012 | 715.21 | 0.00 | 715.21 | |
| | | | | | Total for Check Number 000174 | | 853.75 | 0.00 | 853.75 | 853.75 |
| 000176 | 09/25/2012 | ROUTI | Routine Maintenance, Inc. | 00071 | 1107a | 09/25/2012 | 2,400.00 | 0.00 | 2,400.00 | 2,400.00 |
| **Cash Account 1 Totals** | | | | | | | 10,653.75 | 0.00 | 10,653.75 | 10,653.75 |
| **Property/Company Totals for** | | | **Chicagoland Commercial Real Estate Management** | | | | 10,653.75 | 0.00 | 10,653.75 | 10,653.75 |