IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-25489 |
| Surrinder Jain and Shashi Jain, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Hon. Judge Carol A. Doyle |
| ) | |
| ) | |

## BANCO POPULAR NORTH AMERICA'S FINAL ACCOUNTING REPORT AS TO 2516-24 W. DEVON, CHICAGO, IL

Attached hereto is Banco Popular North America's Final Accounting Report as to 2516-24 W. Devon, Chicago, IL

BANCO POPULAR NORTH AMERICA

By: ____/s/Francisco E. Connell____
One of Its Attorneys

Edmond M. Burke (#6276406)
Francisco E. Connell (#6289256)
Terence G. Tiu (#6271485)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26TH Floor
Chicago, Illinois  60606-7413
(312) 444-9300

(THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK)

1920833\1\12501\43492

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| INCOME | | | | |
| BASE RENT | $ 15,933 | 100 | $ 129,444 | 99 |
| TOTAL RENTAL INCOME | 15,933 | 100 | 129,444 | 99 |
| PASS THROUGH INCOME | | | | |
| REAL ESTATE TAX INCOME | 0 | 0 | 1,924 | 1 |
| TOTAL PASS THRU INCOME | 0 | 0 | 1,924 | 1 |
| OTHER INCOME | | | | |
| TOTAL INCOME | 15,933 | 100 | 131,368 | 100 |
| EXPENSES | | | | |
| UTILITY EXPENSE | | | | |
| WATER & SEWER | 0 | 0 | 8,101 | 6 |
| TOTAL UTILITY EXPENSE | 0 | 0 | 8,101 | 6 |
| CLEANING EXPENSE | | | | |
| MISCELLANEOUS CLEANING | 0 | 0 | 259 | 0 |
| TOTAL CLEANING EXPENSE | 0 | 0 | 259 | 0 |
| REPAIRS & MAINTENANCE | | | | |
| HVAC EXPENSES | | | | |
| PLUMBING EXPENSES | | | | |
| PLUMBING REPAIRS | 2,539 | 16 | 3,364 | 3 |
| TOTAL PLUMBING EXPENSES | 2,539 | 16 | 3,364 | 3 |
| ELECTRICAL EXPENSES | | | | |
| REPAIR/MAINTENANCE EXP. | | | | |
| GENERAL REPAIR & MAINT. | 0 | 0 | 196 | 0 |
| DOOR & WINDOW REPAIR | 715 | 4 | 715 | 1 |
| TOTAL R & M EXPENSE | 715 | 4 | 911 | 1 |
| SECURITY/FIRE PROTECTION | | | | |
| ROADS & GROUNDS EXPENSES | | | | |
| INSURANCE EXPENSE | | | | |
| INSURANCE - BUILDING | 0 | 0 | 1,634 | 1 |
| INSURANCE - OTHER | 0 | 0 | 2,000 | 2 |
| TOTAL INSURANCE EXPENSE | 0 | 0 | 3,634 | 3 |

Prepared by Chicagoland Commercial
Real Estate Management

```
                       Statement of Operations
                 For the Period Ended September 30, 2012


                        CURRENT PERIOD  PERCENT   YEAR TO DATE    PERCENT
                         ADMINISTRATIVE EXPENSES
POSTAGE SUPPLIES/SERVICE         25         0            200         0
LICENSES & FEES                   0         0            500         0
                         ---------------  -------  ---------------  -------
TOTAL ADMINISTRATIVE EXP         25         0            700         1
                         PROFESSIONAL & PAYROLL
MANAGEMENT FEES               1,750        11         15,750        12
LEGAL FEES                        0         0          3,550         3
OTHER PROFESSIONAL FEES           0         0            508         0
                         ---------------  -------  ---------------  -------
TOTAL PAYROLL & PROFESS.      1,750        11         19,808        15
                         ---------------  -------  ---------------  -------
                         ADVERTISING & PROMOTION
                         ---------------  -------  ---------------  -------
                            REAL ESTATE TAXES
REAL ESTATE TAX EXPENSE           0         0         94,890        72
                         ---------------  -------  ---------------  -------
TOTAL R.E. TAXES                  0         0         94,890        72
                         ---------------  -------  ---------------  -------
TOTAL OPERATING EXPENSES      5,029        32        131,667       100
                         ---------------  -------  ---------------  -------
NET OPERATING INCOME         10,904        68           (299)       (0)
                          NON-OPERATING EXPENSES
RECEIVERSHIP FEES             5,625        35         20,000        15
                         ---------------  -------  ---------------  -------
TOTAL NON OPERATING EXP.      5,625        35         20,000        15
                         ---------------  -------  ---------------  -------
NET PROFIT / LOSS             5,279        33        (20,299)      (15)
                         ===============  =======  ===============  =======




                       Prepared by Chicagoland Commercial
                            Real Estate Management
```

2516-24 W. Devon

Balance Sheet
For the Period Ended September 30, 2012

```
                           ASSETS
2516 - 24 DEVON CASH     $     47,669
                         ==============
                         --------------
TOTAL ASSETS                                                47,669
                          LIABILITIES
CURRENT EARNINGS              20,298
RETAINED EARNINGS            (67,967)
                         --------------
TOT LIABILITIES & CAPITAL                                  (47,669)
                         ==============
```

Prepared by Chicagoland Commercial
Real Estate Management

| 10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | | | 9:08:32AM |
| User: BRYAN | | | | | | | Page 1 of 4 |

## Monthly General Ledger

Property/Company : 2516
2516-24 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1000-0000 | 2516 - 24 DEVON CASH | | | | | 42,389.47 |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00063 | | 25.00 | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00065 | | 1,750.00 | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00064 | | 1,625.00 | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00066 | | 138.54 | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00071 | | 2,400.00 | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00068 | | 715.21 | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00067 | | 4,000.00 | |
| 09/30/12 | Summary Posting | SK | 2516 | 15,933.00 | | |
| | Total | | | 15,933.00 | 10,653.75 | 47,668.72 |
| 2050-0000 | ACCOUNTS PAYABLE | | | | | 0.00 |
| 09/04/12 | Chicagoland Commercial Real Estate Management | AP | 00063 | | 25.00 | |
| 09/10/12 | Chicagoland Commercial Real Estate Management | AP | 00064 | | 1,625.00 | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00063 | 25.00 | | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00065 | | 1,750.00 | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00065 | 1,750.00 | | |
| 09/13/12 | Chicagoland Commercial Real Estate Management | AP | 00064 | 1,625.00 | | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00066 | 138.54 | | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00071 | | 2,400.00 | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00071 | 2,400.00 | | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00068 | | 715.21 | |
| 09/25/12 | Routine Maintenance, Inc. | AP | 00068 | 715.21 | | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00067 | | 4,000.00 | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00067 | 4,000.00 | | |
| 09/26/12 | Routine Maintenance, Inc. | AP | 00066 | | 138.54 | |
| | Total | | | 10,653.75 | 10,653.75 | 0.00 |
| 2175-0000 | RETAINED EARNINGS | | | | | (67,967.13) |
| | Total | | | 0.00 | 0.00 | (67,967.13) |
| 5110-0000 | BASE RENT | | | | | (113,511.00) |
| 09/30/12 | Summary Posting | SK | 2516 | | 15,933.00 | |
| | Total | | | 0.00 | 15,933.00 | (129,444.00) |
| 5230-0000 | REAL ESTATE TAX INCOME | | | | | (1,924.00) |
| | Total | | | 0.00 | 0.00 | (1,924.00) |
| 7130-0000 | WATER & SEWER | | | | | 8,101.41 |
| | Total | | | 0.00 | 0.00 | 8,101.41 |
| 7240-0000 | MISCELLANEOUS CLEANING | | | | | 258.56 |
| | Total | | | 0.00 | 0.00 | 258.56 |

10/5/2012  
User: BRYAN

**Chicagoland Commercial RE Mgt., LLC.**

## Monthly General Ledger

9:08:32AM  
Page 2 of 4

Property/Company : 2516  
2516-24 W. Devon  
Period Ending 9/30/2012

| Account Number | Description | | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 7420-0000 | PLUMBING REPAIRS | | | | | | 825.00 |
| | 09/30/12 | AP Summary Posting | AP | 2516 | 2,538.54 | | |
| | | Total | | | 2,538.54 | 0.00 | 3,363.54 |
| 7640-0000 | GENERAL REPAIR & MAINT. | | | | | | 196.00 |
| | | Total | | | 0.00 | 0.00 | 196.00 |
| 7660-0000 | DOOR & WINDOW REPAIR | | | | | | 0.00 |
| | 09/30/12 | AP Summary Posting | AP | 2516 | 715.21 | | |
| | | Total | | | 715.21 | 0.00 | 715.21 |
| 7910-0000 | INSURANCE - BUILDING | | | | | | 1,634.38 |
| | | Total | | | 0.00 | 0.00 | 1,634.38 |
| 7960-0000 | INSURANCE - OTHER | | | | | | 2,000.00 |
| | | Total | | | 0.00 | 0.00 | 2,000.00 |
| 8120-0000 | POSTAGE SUPPLIES/SERVICE | | | | | | 175.00 |
| | 09/30/12 | AP Summary Posting | AP | 2516 | 25.00 | | |
| | | Total | | | 25.00 | 0.00 | 200.00 |
| 8165-0000 | LICENSES & FEES | | | | | | 500.00 |
| | | Total | | | 0.00 | 0.00 | 500.00 |
| 8225-0000 | MANAGEMENT FEES | | | | | | 14,000.00 |
| | 09/30/12 | AP Summary Posting | AP | 2516 | 1,750.00 | | |
| | | Total | | | 1,750.00 | 0.00 | 15,750.00 |
| 8310-0000 | LEGAL FEES | | | | | | 3,550.00 |
| | | Total | | | 0.00 | 0.00 | 3,550.00 |
| 8330-0000 | OTHER PROFESSIONAL FEES | | | | | | 507.59 |
| | | Total | | | 0.00 | 0.00 | 507.59 |
| 8510-0000 | REAL ESTATE TAX EXPENSE | | | | | | 94,889.72 |
| | | Total | | | 0.00 | 0.00 | 94,889.72 |
| 9040-0000 | RECEIVERSHIP FEES | | | | | | 14,375.00 |
| | 09/30/12 | AP Summary Posting | AP | 2516 | 5,625.00 | | |

10/5/2012  
User: BRYAN

**Chicagoland Commercial RE Mgt., LLC.**

## Monthly General Ledger

Property/Company : 2516  
2516-24 W. Devon  
Period Ending 9/30/2012

9:08:32AM  
Page 3 of 4

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| | Total | | | 5,625.00 | 0.00 | 20,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | 9:08:32AM |
| User:  BRYAN | | | | | Page 4 of 4 |

## Monthly General Ledger

**Property/Company : 2516**
**2516-24 W. Devon**
**Period Ending 9/30/2012**

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|

### Transaction Totals

| | | |
|---|---|---|
| Total Debits | | 37,240.50 |
| Total Credits | | 37,240.50 |
| Difference | | 0.00 |
| | | |
| Total Assets | | 5,279.25 |
| Total Liabilities | | 0.00 |
| Total Equity | | 0.00 |
| Total Income | | 15,933.00 |
| Total Expense | | 10,653.75 |

### Ledger Totals

| | | |
|---|---|---|
| Beginning Debits | | 183,402.13 |
| Beginning Credits | | 183,402.13 |
| Difference | | 0.00 |
| | | |
| Ending Debits | | 199,335.13 |
| Ending Credits | | 199,335.13 |
| Difference | | 0.00 |

| 10/3/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | 10:11:53AM |
|---|---|---|---|---|---|
| User: MANAGER | | | | | Page 1 of 1 |

### Detailed Rent Roll

9/1/2012 to 9/30/2012
Property: 2516 Devon
Chicago, IL 60659

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT / DESCRIPTION |
|---|---|---|---|---|---|
| 2516-1 | MD Captial Three, LLC | 0.00 | 0.00 | 0.00 | |
| | 2520 W. Devon Avenue | | | | 1,450.00 Rooftop Rental |
| | Rooftop Antenna | | | | (1,450.00) Pymt. Batch 357 Check 1542 |
| 2516-2 | Little Angels, Inc. | 0.00 | 2,098.00 | 1,000.00 | |
| | 6407 N. Maplewood | | | | 4,585.00 Monthly Rent |
| | | | | | (5,683.00) Pymt. Batch 455 Check 17400 |
| 2516-3 | 1st Bank Card Services, Inc. | 0.00 | 36,555.85 | 37,955.85 | |
| | 2524 W. Devon | | | | 2,900.00 Monthly Rent |
| | | | | | (1,500.00) Pymt. Batch 437 Check 1381 |
| 2516-4 | Himalayan Grocers | 0.00 | 33,200.00 | 34,600.00 | |
| | 2522 W. Devon | | | | 2,400.00 Monthly Rent |
| | | | | | (1,000.00) Pymt. Batch 357 Check 270 |
| 2516-5 | Viceroy of India | 0.00 | 0.00 | 0.00 | |
| | 2516-20 W. Devon | | | | 6,300.00 Monthly Rent |
| | | | | | (6,300.00) Pymt. Batch 340 Check 51563 |

**PROPERTY TOTALS :**

| | | | |
|---|---|---|---|
| RNT | Monthly Rent | | 17,635.00 |
| | Total Current Charges | | 17,635.00 |
| | Previous Balance | | 71,853.85 |
| | Cash Received | | (15,933.00) |
| | Checks Removed | | 0.00 |
| | Deposits Forfeited | | 0.00 |
| | NSF Checks | | 0.00 |
| | Deposits Decreased | | 0.00 |
| | Open Credits Refunded | | 0.00 |
| | Accounts Receivable Balance | | 73,555.85 |
| | Security Deposits Held | | 0.00 |

10/3/2012  **Chicagoland Commercial RE Mgt., LLC.**  10:09:28AM
User: MANAGER  Page 1 of 1

## AP Check Register

Chicagoland Commercial Real Estate Management
Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| 000166 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00063 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00064 | 2081 | 09/10/2012 | 1,625.00 | 0.00 | 1,625.00 | |
| | | | | 00065 | 2069 | 09/13/2012 | 1,750.00 | 0.00 | 1,750.00 | |
| | | | | | Total for Check Number 000166 | | 3,400.00 | 0.00 | 3,400.00 | 3,400.00 |
| 000173 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00067 | 2108 | 09/25/2012 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 |
| 000174 | 09/25/2012 | ROUT1 | Routine Maintenance, Inc. | 00066 | 1071 | 09/25/2012 | 138.54 | 0.00 | 138.54 | |
| | | | | 00068 | 1106 | 09/25/2012 | 715.21 | 0.00 | 715.21 | |
| | | | | | Total for Check Number 000174 | | 853.75 | 0.00 | 853.75 | 853.75 |
| 000176 | 09/25/2012 | ROUT1 | Routine Maintenance, Inc. | 00071 | 1107a | 09/25/2012 | 2,400.00 | 0.00 | 2,400.00 | 2,400.00 |
| **Cash Account 1 Totals** | | | | | | | 10,653.75 | 0.00 | 10,653.75 | 10,653.75 |
| Property/Company Totals for | | | Chicagoland Commercial Real Estate Management | | | | 10,653.75 | 0.00 | 10,653.75 | 10,653.75 |