IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Surrinder Jain and Shashi Jain,<br><br>Debtors. | Case No. 12-25489<br><br>Chapter 11<br><br>Hon. Judge Carol A. Doyle |

## BANCO POPULAR NORTH AMERICA'S FINAL ACCOUNTING REPORT AS TO 2514 W. DEVON, CHICAGO, IL

Attached hereto is Banco Popular North America's Final Accounting Report as to 2514 W. Devon, Chicago, IL

BANCO POPULAR NORTH AMERICA

By: ___/s/Francisco E. Connell___
       One of Its Attorneys

Edmond M. Burke (#6276406)
Francisco E. Connell (#6289256)
Terence G. Tiu (#6271485)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26TH Floor
Chicago, Illinois 60606-7413
(312) 444-9300

(THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK)

1920833\1\12501\43492

2514 W. Devon

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| **INCOME** | | | | |
| BASE RENT | $ 2,550 | 100 | $ 23,850 | 100 |
| TOTAL RENTAL INCOME | 2,550 | 100 | 23,850 | 100 |
| PASS THROUGH INCOME | | | | |
| OTHER INCOME | | | | |
| TOTAL INCOME | 2,550 | 100 | 23,850 | 100 |
| **EXPENSES** | | | | |
| *UTILITY EXPENSE* | | | | |
| ELECTRICITY | 135 | 5 | 316 | 1 |
| GAS | 54 | 2 | 415 | 2 |
| WATER & SEWER | 0 | 0 | 244 | 1 |
| TOTAL UTILITY EXPENSE | 189 | 7 | 975 | 4 |
| *CLEANING EXPENSE* | | | | |
| MISCELLANEOUS CLEANING | 0 | 0 | 341 | 1 |
| TOTAL CLEANING EXPENSE | 0 | 0 | 341 | 1 |
| *REPAIRS & MAINTENANCE* | | | | |
| *HVAC EXPENSES* | | | | |
| HVAC REPAIRS | 0 | 0 | 250 | 1 |
| TOTAL HVAC EXPENSES | 0 | 0 | 250 | 1 |
| *PLUMBING EXPENSES* | | | | |
| *ELECTRICAL EXPENSES* | | | | |
| *REPAIR/MAINTENANCE EXP.* | | | | |
| RUBBISH REMOVAL | 300 | 12 | 300 | 1 |
| GENERAL REPAIR & MAINT. | 0 | 0 | 221 | 1 |
| TOTAL R & M EXPENSE | 300 | 12 | 521 | 2 |
| *SECURITY/FIRE PROTECTION* | | | | |
| FIRE PROTECTION | 0 | 0 | 740 | 3 |
| TOTAL SEC./FIRE PROTEC. | 0 | 0 | 740 | 3 |
| *ROADS & GROUNDS EXPENSES* | | | | |
| *INSURANCE EXPENSE* | | | | |
| INSURANCE - OTHER | 0 | 0 | 450 | 2 |

Prepared by Chicagoland Commercial
Real Estate Management

2514 W. Devon

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| TOTAL INSURANCE EXPENSE | $ 0 | 0 | $ 450 | 2 |
| ADMINISTRATIVE EXPENSES | | | | |
| POSTAGE SUPPLIES/SERVICE | 25 | 1 | 150 | 1 |
| LICENSES & FEES | 0 | 0 | 250 | 1 |
| TOTAL ADMINISTRATIVE EXP | 25 | 1 | 400 | 2 |
| PROFESSIONAL & PAYROLL | | | | |
| MANAGEMENT FEES | 1,000 | 39 | 9,000 | 38 |
| TOTAL PAYROLL & PROFESS. | 1,000 | 39 | 9,000 | 38 |
| ADVERTISING & PROMOTION | | | | |
| REAL ESTATE TAXES | | | | |
| REAL ESTATE TAX EXPENSE | 0 | 0 | 3,564 | 15 |
| TOTAL R.E. TAXES | 0 | 0 | 3,564 | 15 |
| TOTAL OPERATING EXPENSES | 1,514 | 59 | 16,241 | 68 |
| NET OPERATING INCOME | 1,036 | 41 | 7,609 | 32 |
| NON-OPERATING EXPENSES | | | | |
| RECEIVERSHIP FEES | 5,188 | 203 | 11,063 | 46 |
| TOTAL NON OPERATING EXP. | 5,188 | 203 | 11,063 | 46 |
| NET PROFIT / LOSS | (4,152) | (163) | (3,454) | (14) |

Prepared by Chicagoland Commercial
Real Estate Management

```
                               2514 W. Devon
                              Balance Sheet
                    For the Period Ended September 30, 2012


                                    ASSETS
2514 DEVON CASH              $       (6,767)
                              ===============
                              ---------------
TOTAL ASSETS                                                       (6,767)
                                  LIABILITIES
TENANT SECURITY DEPOSITS             (3,000)
CURRENT EARNINGS                      3,454
RETAINED EARNINGS                     6,313
                              ---------------
TOT LIABILITIES & CAPITAL                                           6,767
                              ===============




                    Prepared by Chicagoland Commercial
                          Real Estate Management
```

10/5/2012  Chicagoland Commercial RE Mgt., LLC.  9:04:24AM
User: BRYAN  Page 1 of 3

# Monthly General Ledger

Property/Company : 2514
2514 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1000-0000 | 2514 DEVON CASH | | | | | (2,614.84) |
| 09/06/12 | check run | GJ | ap | | 489.19 | |
| 09/30/12 | AP Summary Posting | AP | 2514 | | 6,212.50 | |
| 09/30/12 | Summary Posting | SK | 2514 | 2,550.00 | | |
| | Total | | | 2,550.00 | 6,701.69 | (6,766.53) |
| 2050-0000 | ACCOUNTS PAYABLE | | | | | 0.00 |
| 09/30/12 | AP Summary Posting | AP | 2514 | | 6,212.50 | |
| 09/30/12 | AP Summary Posting | AP | 2514 | 6,212.50 | | |
| | Total | | | 6,212.50 | 6,212.50 | 0.00 |
| 2100-0000 | TENANT SECURITY DEPOSITS | | | | | (3,000.00) |
| | Total | | | 0.00 | 0.00 | (3,000.00) |
| 2175-0000 | RETAINED EARNINGS | | | | | 6,313.29 |
| | Total | | | 0.00 | 0.00 | 6,313.29 |
| 5110-0000 | BASE RENT | | | | | (21,300.00) |
| 09/30/12 | Summary Posting | SK | 2514 | | 2,550.00 | |
| | Total | | | 0.00 | 2,550.00 | (23,850.00) |
| 7110-0000 | ELECTRICITY | | | | | 180.95 |
| 09/06/12 | check run | GJ | ap | 134.95 | | |
| | Total | | | 134.95 | 0.00 | 315.90 |
| 7120-0000 | GAS | | | | | 360.99 |
| 09/06/12 | check run | GJ | ap | 54.24 | | |
| | Total | | | 54.24 | 0.00 | 415.23 |
| 7130-0000 | WATER & SEWER | | | | | 243.87 |
| | Total | | | 0.00 | 0.00 | 243.87 |
| 7240-0000 | MISCELLANEOUS CLEANING | | | | | 340.85 |
| | Total | | | 0.00 | 0.00 | 340.85 |
| 7330-0000 | HVAC REPAIRS | | | | | 250.00 |
| | Total | | | 0.00 | 0.00 | 250.00 |
| 7625-0000 | RUBBISH REMOVAL | | | | | 0.00 |
| 09/06/12 | check run | GJ | ap | 300.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | | | 9:04:24AM
User: BRYAN | | | | | | Page 2 of 3

## Monthly General Ledger

Property/Company : 2514
2514 W. Devon
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | Total | | | 300.00 | 0.00 | 300.00 |
| 7640-0000 | GENERAL REPAIR & MAINT. | | | | | 220.50 |
| | Total | | | 0.00 | 0.00 | 220.50 |
| 7720-0000 | FIRE PROTECTION | | | | | 740.00 |
| | Total | | | 0.00 | 0.00 | 740.00 |
| 7960-0000 | INSURANCE - OTHER | | | | | 450.00 |
| | Total | | | 0.00 | 0.00 | 450.00 |
| 8120-0000 | POSTAGE SUPPLIES/SERVICE | | | | | 125.00 |
| 09/04/12 | Chicagoland Commercial Real Estate Management | AP | 00047 | 25.00 | | |
| | Total | | | 25.00 | 0.00 | 150.00 |
| 8165-0000 | LICENSES & FEES | | | | | 250.00 |
| | Total | | | 0.00 | 0.00 | 250.00 |
| 8225-0000 | MANAGEMENT FEES | | | | | 8,000.00 |
| 09/12/12 | Chicagoland Commercial Real Estate Management | AP | 00049 | 1,000.00 | | |
| | Total | | | 1,000.00 | 0.00 | 9,000.00 |
| 8510-0000 | REAL ESTATE TAX EXPENSE | | | | | 3,564.39 |
| | Total | | | 0.00 | 0.00 | 3,564.39 |
| 9040-0000 | RECEIVERSHIP FEES | | | | | 5,875.00 |
| 09/10/12 | Chicagoland Commercial Real Estate Management | AP | 00048 | 312.50 | | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00050 | 4,875.00 | | |
| | Total | | | 5,187.50 | 0.00 | 11,062.50 |

10/5/2012  
User: BRYAN

Chicagoland Commercial RE Mgt., LLC.

**Monthly General Ledger**

9:04:24AM  
Page 3 of 3

Property/Company : 2514  
2514 W. Devon  
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | **Transaction Totals** | | | | | |
| | Total Debits | | | 15,464.19 | | |
| | Total Credits | | | 15,464.19 | | |
| | Difference | | | 0.00 | | |
| | Total Assets | | | -4,151.69 | | |
| | Total Liabilities | | | 0.00 | | |
| | Total Equity | | | 0.00 | | |
| | Total Income | | | 2,550.00 | | |
| | Total Expense | | | 6,701.69 | | |
| | **Ledger Totals** | | | | | |
| | Beginning Debits | | | 26,914.84 | | |
| | Beginning Credits | | | 26,914.84 | | |
| | Difference | | | 0.00 | | |
| | Ending Debits | | | 33,616.53 | | |
| | Ending Credits | | | 33,616.53 | | |
| | Difference | | | 0.00 | | |

| 10/3/2012 | Chicagoland Commercial RE Mgt., LLC. | | | | 10:06:23AM |
|---|---|---|---|---|---|
| User: MANAGER | | | | | Page 1 of 1 |

## Detailed Rent Roll

9/1/2012 to 9/30/2012
Property: 2514 W. Devon
Chicago, IL 60659

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT DESCRIPTION |
|---|---|---|---|---|---|
| 2514-1 F FORMER | Bombay Electronics 2514 W. Devon First Floor | 0.00 | 35,049.00 | 35,049.00 | 0.00 |
| 2514-1 | Seasons Distributors 2514 W. Devon First Floor | 3,000.00 | 9,990.00 | 11,340.00 | 3,000.00 Monthly Rent (1,650.00) Pymt. Batch 372 Check 1056 |
| 2514-2 | Surinder Kumar Jain 2514 W. Devon Second Floor | 0.00 | 0.00 | 0.00 | 900.00 Month to Month Rent (410.81) Pymt. Batch 340 Check 2116 (489.19) Pymt. Batch 335 Check CASH |

**PROPERTY TOTALS :**

| RNT | Monthly Rent | 3,900.00 |
|---|---|---|
| | Total Current Charges | 3,900.00 |
| | Previous Balance | 45,039.00 |
| | Cash Received | (2,550.00) |
| | Checks Removed | 0.00 |
| | Deposits Forfeited | 0.00 |
| | NSF Checks | 0.00 |
| | Deposits Decreased | 0.00 |
| | Open Credits Refunded | 0.00 |
| | Accounts Receivable Balance | 46,389.00 |
| | Security Deposits Held | 3,000.00 |

10/3/2012  Chicagoland Commercial RE Mgt., LLC.  10:05:02AM
User: MANAGER  Page 1 of 1

## AP Check Register

Chicagoland Commercial Real Estate Management
Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000165 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00047 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00048 | 2082 | 09/10/2012 | 312.50 | 0.00 | 312.50 | |
| | | | | 00049 | 2068 | 09/12/2012 | 1,000.00 | 0.00 | 1,000.00 | |
| | | | | | Total for Check Number 000165 | | 1,337.50 | 0.00 | 1,337.50 | 1,337.50 |
| 000172 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00050 | 2109 | 09/25/2012 | 4,875.00 | 0.00 | 4,875.00 | 4,875.00 |
| Cash Account 1 Totals | | | | | | | 6,212.50 | 0.00 | 6,212.50 | 6,212.50 |
| Property/Company Totals for | | | Chicagoland Commercial Real Estate Management | | | | 6,212.50 | 0.00 | 6,212.50 | 6,212.50 |