IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-25489 |
| Surrinder Jain and Shashi Jain, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Hon. Judge Carol A. Doyle |
| ) | |
| ) | |

## BANCO POPULAR NORTH AMERICA'S FINAL ACCOUNTING REPORT AS TO 233 E. ROOSEVELT ROAD, LOMBARD, IL

Attached hereto is Banco Popular North America's Final Accounting Report as to 233 E. Roosevelt Road, Lombard, IL.

BANCO POPULAR NORTH AMERICA

By: ___/s/Francisco E. Connell___
One of Its Attorneys

Edmond M. Burke (#6276406)
Francisco E. Connell (#6289256)
Terence G. Tiu (#6271485)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, 26TH Floor
Chicago, Illinois 60606-7413
(312) 444-9300

(THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK)

233 E. Roosevelt Road

Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| **INCOME** | | | | |
| BASE RENT | $ 9,000 | 100 | $ 81,000 | 100 |
| TOTAL RENTAL INCOME | 9,000 | 100 | 81,000 | 100 |
| PASS THROUGH INCOME | | | | |
| OTHER INCOME | | | | |
| TOTAL INCOME | 9,000 | 100 | 81,000 | 100 |
| **EXPENSES** | | | | |
| UTILITY EXPENSE | | | | |
| CLEANING EXPENSE | | | | |
| REPAIRS & MAINTENANCE | | | | |
| HVAC EXPENSES | | | | |
| PLUMBING EXPENSES | | | | |
| ELECTRICAL EXPENSES | | | | |
| REPAIR/MAINTENANCE EXP. | | | | |
| SECURITY/FIRE PROTECTION | | | | |
| ROADS & GROUNDS EXPENSES | | | | |
| **INSURANCE EXPENSE** | | | | |
| INSURANCE - BUILDING | 930 | 10 | 8,288 | 10 |
| INSURANCE - OTHER | 0 | 0 | 400 | 0 |
| TOTAL INSURANCE EXPENSE | 930 | 10 | 8,688 | 11 |
| **ADMINISTRATIVE EXPENSES** | | | | |
| POSTAGE SUPPLIES/SERVICE | 25 | 0 | 150 | 0 |
| TRUST FEES | 0 | 0 | 300 | 0 |
| TOTAL ADMINISTRATIVE EXP | 25 | 0 | 450 | 1 |
| **PROFESSIONAL & PAYROLL** | | | | |
| MANAGEMENT FEES | 1,500 | 17 | 13,500 | 17 |
| TOTAL PAYROLL & PROFESS. | 1,500 | 17 | 13,500 | 17 |
| ADVERTISING & PROMOTION | | | | |

Prepared by Chicagoland Commercial
Real Estate Management

233 E. Roosevelt Road
Statement of Operations
For the Period Ended September 30, 2012

|  | CURRENT PERIOD | PERCENT | YEAR TO DATE | PERCENT |
|---|---:|---:|---:|---:|
| REAL ESTATE TAXES | | | | |
| TOTAL OPERATING EXPENSES | 2,455 | 27 | 22,638 | 28 |
| NET OPERATING INCOME | 6,545 | 73 | 58,362 | 72 |
| NON-OPERATING EXPENSES | | | | |
| RECEIVERSHIP FEES | 4,938 | 55 | 15,063 | 19 |
| TOTAL NON OPERATING EXP. | 4,938 | 55 | 15,063 | 19 |
| NET PROFIT / LOSS | 1,607 | 18 | 43,299 | 53 |

Prepared by Chicagoland Commercial
Real Estate Management

```
                          233 E. Roosevelt Road
                              Balance Sheet
                   For the Period Ended September 30, 2012


                                    ASSETS
233 E. ROOSEVELT CASH       $       52,117
                                ===============
                                ---------------
TOTAL ASSETS                                                          52,117
                                 LIABILITIES
CURRENT EARNINGS                   (43,299)
RETAINED EARNINGS                   (8,818)
                                ---------------
TOT LIABILITIES & CAPITAL                                            (52,117)
                                ===============
```

Prepared by Chicagoland Commercial
Real Estate Management

| 10/5/2012 | Chicagoland Commercial RE Mgt., LLC. | 9:07:02AM |
|---|---|---|
| User:  BRYAN | | Page 1 of 3 |

## Monthly General Ledger

Property/Company : 233

233 E. Roosevelt Road

Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **1000-0000** | **233 E. ROOSEVELT CASH** | | | | | 50,509.00 |
| 09/06/12 | insurance payment | GJ | ach | | 929.82 | |
| 09/30/12 | AP Summary Posting | AP | 233 | | 6,462.50 | |
| 09/30/12 | Summary Posting | SK | 233 | 9,000.00 | | |
| | Total | | | 9,000.00 | 7,392.32 | 52,116.68 |
| **1010-0000** | **ACCOUNTS RECEIVABLE** | | | | | 0.00 |
| 09/30/12 | Summary Posting | SK | 233 | 9,000.00 | | |
| 09/30/12 | Summary Posting | SK | 233 | | 9,000.00 | |
| | Total | | | 9,000.00 | 9,000.00 | 0.00 |
| **2050-0000** | **ACCOUNTS PAYABLE** | | | | | 0.00 |
| 09/30/12 | AP Summary Posting | AP | 233 | | 6,462.50 | |
| 09/30/12 | AP Summary Posting | AP | 233 | 6,462.50 | | |
| | Total | | | 6,462.50 | 6,462.50 | 0.00 |
| **2175-0000** | **RETAINED EARNINGS** | | | | | (8,817.58) |
| | Total | | | 0.00 | 0.00 | (8,817.58) |
| **5110-0000** | **BASE RENT** | | | | | (72,000.00) |
| 09/30/12 | Summary Posting | SK | 233 | | 9,000.00 | |
| | Total | | | 0.00 | 9,000.00 | (81,000.00) |
| **7910-0000** | **INSURANCE - BUILDING** | | | | | 7,358.58 |
| 09/06/12 | insurance payment | GJ | ach | 929.82 | | |
| | Total | | | 929.82 | 0.00 | 8,288.40 |
| **7960-0000** | **INSURANCE - OTHER** | | | | | 400.00 |
| | Total | | | 0.00 | 0.00 | 400.00 |
| **8120-0000** | **POSTAGE SUPPLIES/SERVICE** | | | | | 125.00 |
| 09/04/12 | Chicagoland Commercial Real Estate Management | AP | 00042 | 25.00 | | |
| | Total | | | 25.00 | 0.00 | 150.00 |
| **8155-0000** | **TRUST FEES** | | | | | 300.00 |
| | Total | | | 0.00 | 0.00 | 300.00 |
| **8225-0000** | **MANAGEMENT FEES** | | | | | 12,000.00 |
| 09/12/12 | Chicagoland Commercial Real Estate Management | AP | 00044 | 1,500.00 | | |
| | Total | | | 1,500.00 | 0.00 | 13,500.00 |

10/5/2012  
User: BRYAN

Chicagoland Commercial RE Mgt., LLC.

## Monthly General Ledger

9:07:02 AM  
Page 2 of 3

Property/Company : 233  
233 E. Roosevelt Road  
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 9040-0000 | RECEIVERSHIP FEES | | | | | 10,125.00 |
| 09/10/12 | Chicagoland Commercial Real Estate Management | AP | 00043 | 1,250.00 | | |
| 09/25/12 | Chicagoland Commercial Real Estate Management | AP | 00045 | 3,687.50 | | |
| | Total | | | 4,937.50 | 0.00 | 15,062.50 |

| | | | | |
|---|---|---|---|---|
| 10/5/2012 | | Chicagoland Commercial RE Mgt., LLC. | | 9:07:02 AM |
| User: BRYAN | | | | Page 3 of 3 |

### Monthly General Ledger

Property/Company : 233
233 E. Roosevelt Road
Period Ending 9/30/2012

| Account Number | Description | Jrnl | Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|---|

**Transaction Totals**

| | | | |
|---|---|---|---|
| Total Debits | | 31,854.82 | |
| Total Credits | | | 31,854.82 |
| Difference | | 0.00 | |
| | | | |
| Total Assets | | 1,607.68 | |
| Total Liabilities | | 0.00 | |
| Total Equity | | 0.00 | |
| Total Income | | | 9,000.00 |
| Total Expense | | 7,392.32 | |

**Ledger Totals**

| | | | |
|---|---|---|---|
| Beginning Debits | | 80,817.58 | |
| Beginning Credits | | | 80,817.58 |
| Difference | | 0.00 | |
| | | | |
| Ending Debits | | 89,817.58 | |
| Ending Credits | | | 89,817.58 |
| Difference | | 0.00 | |

10/3/2012     Chicagoland Commercial RE Mgt., LLC.     10:02:59AM
User: MANAGER     Page 1 of 1

## Detailed Rent Roll

9/1/2012 to 9/30/2012
Property: 233 E. Roosevelt Road
Lombard, IL 60148

| UNIT REFERENCE NUMBER | OCCUPANT NAME AND ADDRESS | DEPOSITS HELD | PREVIOUS BALANCE | CURRENT BALANCE | TRANSACTIONS IN SELECTED RANGE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 233-1 | Viceroy of India | 0.00 | 0.00 | 0.00 | | |
| | 233 E. Roosevelt Road | | | | 9,000.00 | Monthly Rent |
| | | | | | (8,070.18) | Pymt. Batch 340 Check 51522 |
| | | | | | (929.82) | Pymt. Batch 334 Check CASH |

**PROPERTY TOTALS :**

| | | |
|---|---|---|
| RNT | Monthly Rent | 9,000.00 |
| | Total Current Charges | 9,000.00 |
| | Previous Balance | 0.00 |
| | Cash Received | (9,000.00) |
| | Checks Removed | 0.00 |
| | Deposits Forfeited | 0.00 |
| | NSF Checks | 0.00 |
| | Deposits Decreased | 0.00 |
| | Open Credits Refunded | 0.00 |
| | Accounts Receivable Balance | 0.00 |
| | Security Deposits Held | 0.00 |

10/3/2012            Chicagoland Commercial RE Mgt., LLC.            10:00:57AM
User: MANAGER                                                      Page 1 of 1

## AP Check Register

**Chicagoland Commercial Real Estate Management**

Date Range : 9/1/2012 To 9/30/2012 For Cash Account 1

| Check | Check Date | Vendor | Vendor Name | Vch # | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000164 | 09/13/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00042 | cc | 09/04/2012 | 25.00 | 0.00 | 25.00 | |
| | | | | 00043 | 2079 | 09/10/2012 | 1,250.00 | 0.00 | 1,250.00 | |
| | | | | 00044 | 2071 | 09/12/2012 | 1,500.00 | 0.00 | 1,500.00 | |
| | | | | | Total for Check Number 000164 | | 2,775.00 | 0.00 | 2,775.00 | 2,775.00 |
| 000171 | 09/25/2012 | CCREM | Chicagoland Commercial Real Estate Mana | 00045 | 2107 | 09/25/2012 | 3,687.50 | 0.00 | 3,687.50 | 3,687.50 |
| **Cash Account 1 Totals** | | | | | | | 6,462.50 | 0.00 | 6,462.50 | 6,462.50 |
| **Property/Company Totals for** | | | Chicagoland Commercial Real Estate Management | | | | 6,462.50 | 0.00 | 6,462.50 | 6,462.50 |