UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  12-25489
SURINDER AND SHASHI JAIN  )
  )
  )  Chapter: 11
  )
  )  Honorable Carol A. Doyle
  )
  )
Debtor(s)  )

**Order Granting Second and Final Application for Allowance of Compensation and
Reimbursement of Costs and Expenses of Scalambrino & Arnoff, LLP as Debtors' Counsel**

This cause coming on for consideration upon the Second and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses ("Application") of Scalambrino & Arnoff, LLP ("S&A") as counsel for Surinder and Shashi, debtors and debtors-in-possession ("Debtors"); due notice having been given to all parties entitled thereto, including the Debtors and the Office of the United States Trustee; the Court having examined the Application and exhibits affixed thereto, and having considered, inter alia, the nature of the services rendered to the Debtors, the usual compensation for such services in this community, the experience and ability of the applicant, the results achieved, including any unusual problems met or results achieved, the particular services described in the Application, and who performed such services; and the Court being duly advised in the premises:
IT IS HEREBY ORDERED THAT:

1. S&A is allowed final compensation in the sum of $~~64,515.00~~ [handwritten: 64,515.00] for its actual, necessary and valuable professional legal services rendered to the Debtors for the period of June 20, 2012 through October 31, 2012.

2. S&A is allowed the sum of $2,495.00 as final reimbursement for its actual and necessary expenses incurred or accrued in connection with such services for the period of June 20, 2012 through October 31, 2012.

3. S&A is allowed final compensation in the sum of $~~63,585.00~~ [handwritten: 63,129.00] for its actual, necessary and valuable professional legal services rendered to the Debtors for the period of November 1, 2012 through June 12, 2013.

4. S&A is allowed the sum of $1,496.89 as final reimbursement for its actual and necessary expenses incurred or accrued in connection with such services for the period of November 1, 2012 through June 12, 2013.

5. The Debtors are authorized to immediately pay S&A the amount of $~~65,081.89~~ [handwritten: 64,615.89].

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: 8/21/13

Rev: 20120501_bko

**Prepared by:**

Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Debtors