UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SURINDER AND SHASHI JAIN<br><br>Debtor(s) | BK No.: 12-25489<br><br>Chapter: 11<br>Honorable Carol A. Doyle |

### Order Granting First and Final Application for Allowance of Compensation of MaRous & Company as the Debtors' Real Estate Appraisers

This cause coming on for consideration upon the First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses (the "Application") of MaRous & Company ("MaRous") as the real estate appraisers for Surinder and Shashi, debtors and debtors-in-possession ("Debtors"); due notice having been given to all parties entitled thereto, including the Debtors and the Office of the United States Trustee; the Court having examined the Application and exhibits affixed thereto, and having considered, inter alia, the nature of the services rendered to the Debtors, the usual compensation for such services in this community, the experience and ability of the applicant, the results achieved, including any unusual problems met or results achieved, the particular services described in the Application, and who performed such services; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED THAT:

1. MaRous is allowed final compensation in the sum of $5,000.00 for its actual, necessary and valuable professional services rendered to the Debtors for the period of November 21, 2012 through December 20, 2012.

2. The Debtors are authorized to immediately pay MaRous the sum of $5,000.00.

Enter:

Dated: 8/21/13

United States Bankruptcy Judge

**Prepared by:**
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Debtors

Rev: 20120501_bko