UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-25489 |
| SURINDER AND SHASHI JAIN | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**Final Decree** ~~and Order Closing Bankruptcy Case~~ ✓

This cause coming to be heard upon the application of Surinder and Shashi Jain, debtors and debtors-in-possession (the "Debtors"), for the entry of a final decree and to close their bankruptcy case pursuant to 11 U.S.C. § 350(a), Federal Rule of Bankruptcy Procedure 3022 and Local Bankruptcy Rule 3022-1; due notice having been given to all creditors and parties in interest; and after hearing, and no one having appeared in opposition thereto, and upon consideration of said motion, ~~the Court having~~ found that the Debtors' Modified Second Amended Plan of Reorganization (the "Plan") has been substantially consummated, that the Debtors have filed all required debtor-in-possession reports and made all required debtor-in-possession quarterly payments of the Office of the United States Trustee, ~~and due deliberation having been had thereon~~.

IT IS HEREBY ORDERED:

1. The Debtors' motion is granted.

~~2. Notwithstanding this Order:~~

~~a. The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan or the order confirming the Plan;~~
~~b. The Court shall retain jurisdiction pursuant to the terms of the Plan and the order confirming the Plan;~~
~~c. The Debtors shall pay any and all outstanding U.S. Trustee quarterly fees through and including the date of the entry of this order;~~
~~d. Pursuant to 11 U.S.C. § 1141(d)(5), the Debtors shall not receive a discharge of their debts unless, after notice and hearing, the Court rules otherwise for cause and grants a discharge on completion of all payments under the Plan as set forth within 11 U.S.C. § 1141(d)(5)(A), or if the Debtors meet the requirements of 11 U.S.C. § 1141(d)(5)(B) prior to their completion of the Plan payments. In order to receive a discharge, the Debtors will need to move to reopen their bankruptcy case pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010.~~

The clerk is directed to close the case.

3. ~~That the estate of Surinder and Shashi Jain be, and it hereby is, closed.~~

~~4. Counsel for the Debtors shall serve a copy of this Order upon all of the Debtors' known creditors and other parties in interest via First Class U.S. Mail, proper postage prepaid, and file a certificate of service of same with the Clerk of this Court.~~

Rev: 20120501_bko

Enter:

Dated: 8/28/13

United States Bankruptcy Judge

**Prepared by:**
Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Counsel for the Debtors

Rev: 20120501_bko